```
COURTNEY LAMBERT ROSLER        KEESLER FCU                    REGINALD LAMBERT
CURTIS DANIEL ROSLER           PO BOX 7001                    7149 WALTHALL ST
300 ALEXANDER RD               BILOXI, MS 39534               BAY SAINT LOUIS, MS 395
LONG BEACH, MS 39560


THOMAS C. ROLLINS, JR.         KEESLER FEDERAL CREDIT         SBA
THE ROLLINS LAW FIRM, PLLC     P.O. BOX 7001                  14925 KINGSPORT RD
P.O. BOX 13767                 BILOXI, MS 39534               FORT WORTH, TX 76155
JACKSON, MS 39236


AMEX                           KIA MOTORS FINANCE             SBA
PO BOX 981535                  ATTN: BANKRUPTCY               C/O US ATTORNEY'S OFFI
EL PASO, TX 79998              PO BOX 20825                   501 E COURT ST
                               FOUNTAIN VALLEY, CA 92728      STE. 4.430
                                                              JACKSON, MS 39201


ANIMAL MEDICAL CENTER          MEMORIAL HOSPITAL              SOUTH MS COLLECTION SV
3422 HARDY ST                  PO BOX 1810                    P.O. BOX 6085
HATTIESBURG, MS 39402          GULFPORT, MS 39502             GULFPORT, MS 39507


BANK OF AMERICA                MIDLAND CREDIT MGMT            SPRINGLF FIN
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY               PO BOX 1010
P.O.BOX 15019                  PO BOX 939069                  EVANSVILLE, IN 47706
WILMINGTON, DE 19886           SAN DIEGO, CA 92193


COASTAL ENT                    NATHAN & NATHAN PC             SYNCHRONY BANK
P.O. BOX 7237                  P.O. BOX 1715                  ATTN: BANKRUPTCY
GULFPORT, MS 39506             BIRMINGHAM, AL 35201           PO BOX 965060
                                                              ORLANDO, FL 32896


DISCOVER FINANCIAL             PARNELL & PARNELL              US ATTORNEY GENERAL
ATTN: BANKRUPTCY               P.O. BOX 2189                  US DEPT OF JUSTICE
PO BOX 30943                   MONTGOMERY, AL 36102           950 PENNSYLVANIA AVENW
SALT LAKE CITY, UT 84130                                      WASHINGTON, DC 20530-00


INTERNAL REVENUE SERVI         PORTFOLIO RECOVERY
CENTRALIZED INSOLVENCY         ATTN: BANKRUPTCY
P.O. BOX 7346                  120 CORPORATE BVD
PHILADELPHIA, PA 19101-7346    NORFOLK, VA 23502


INTERNAL REVENUE SERVI         PORTFOLIO RECOVERY
C/O US ATTORNEY                120 CORPORATE BLVD
501 EAST COURT ST              NORFOLK, VA 23502
STE 4.430
JACKSON, MS 39201
```