# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Courtney Lambert Rosler                              Case No. 25-51917-KMS
         Curtis Daniel Rosler, Debtors                                      CHAPTER 13

## MOTION TO DISBURSE

COME NOW, Debtors, by and through counsel, and files this Motion to Disburse, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on December 19, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Co-Debtor Curtis Daniel Rosler's pay received from Wal-Mart Associates, Inc. ("Employer") was garnished prior to filing bankruptcy by Parnell & Parnell on behalf of Discover Bank.

3. Employer refunded the wages garnished in the amount of $4,277.34 via Co-Debtor's paycheck dated February 12, 2026.

4. Co-Debtor shall turn over the full amount of the garnishment to the Chapter 13 Trustee.

5. Trustee shall disburse all remaining funds, after deduction of any applicable fees, with fifty percent (50%) paid to the Debtors and fifty percent (50%) applied to the Debtors' bankruptcy case.

6. Trustee is authorized to disburse the funds received to timely filed and allowed general unsecured claims subject to administrative expenses

7. Debtors wish for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

          Respectfully submitted

          /s/ Thomas C. Rollins, Jr.
          Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Disburse was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                              /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr.