## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Courtney Lambert Rosler | Case No. 25-51917-KMS |
| Curtis Daniel Rosler, Debtors | CHAPTER 13 |

### NOTICE

Debtors have filed papers with the court to disburse garnishment refund. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Disburse.

Date: February 20, 2026         Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Courtney Lambert Rosler                                    Case No. 25-51917-KMS
         Curtis Daniel Rosler, Debtors                                              CHAPTER 13

## MOTION TO DISBURSE

COME NOW, Debtors, by and through counsel, and files this Motion to Disburse, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on December 19, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Co-Debtor Curtis Daniel Rosler's pay received from Wal-Mart Associates, Inc. ("Employer") was garnished prior to filing bankruptcy by Parnell & Parnell on behalf of Discover Bank.

3. Employer refunded the wages garnished in the amount of $4,277.34 via Co-Debtor's paycheck dated February 12, 2026.

4. Co-Debtor shall turn over the full amount of the garnishment to the Chapter 13 Trustee.

5. Trustee shall disburse all remaining funds, after deduction of any applicable fees, with fifty percent (50%) paid to the Debtors and fifty percent (50%) applied to the Debtors' bankruptcy case.

6. Trustee is authorized to disburse the funds received to timely filed and allowed general unsecured claims subject to administrative expenses

7. Debtors wish for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

      WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                           Respectfully submitted

                           <u>/s/ Thomas C. Rollins, Jr.</u>
                           Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Disburse was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                        <u>/s/ Thomas C. Rollins, Jr.</u>
                                        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

COURTNEY LAMBERT ROSLER
CURTIS DANIEL ROSLER

CASE NO: 25-51917-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 2/20/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Disburse

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/20/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

COURTNEY LAMBERT ROSLER
CURTIS DANIEL ROSLER

CASE NO: 25-51917-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 2/20/2026, a copy of the following documents, described below,

Notice and Motion to Disburse

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/20/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-51917-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI FEB 20 9-40-51 PST 2026 | KEESLER FEDERAL CREDIT UNION<br>CO ROBERT ALAN BYRD<br>PO BOX 1939<br>BILOXI  MS 39533-1939 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AMEX<br>PO BOX 981535<br>EL PASO  TX 79998-1535 | ANIMAL MEDICAL CENTER<br>3422 HARDY ST<br>HATTIESBURG  MS 39402-1501 |
| (P)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | COASTAL ENT<br>PO BOX 7237<br>GULFPORT  MS 39506-7237 | (P)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| HYUNDAI LEASE TITLING TRUST<br>PO BOX 20825<br>FOUNTAIN VALLEY  CA 92728-0825 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KEESLER FCU<br>PO BOX 7001<br>BILOXI  MS 39534-7001 | KEESLER FEDERAL CREDIT<br>PO BOX 7001<br>BILOXI  MS 39534-7001 |
| KEESLER FEDERAL CREDIT UNION<br>ATTN  BANKRUPTCY DEPT<br>PO BOX 7001<br>BILOXI  MS 39534-7001 | KIA MOTORS FINANCE<br>ATTN BANKRUPTCY<br>PO BOX 20825<br>FOUNTAIN VALLEY  CA 92728-0825 | MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT  MS 39502-1810 |
| MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MIDLAND CREDIT MGMT<br>ATTN BANKRUPTCY<br>PO BOX 939069<br>SAN DIEGO  CA 92193-9069 | (P)NATHAN  NATHAN  P C<br>ATTN JOHN NATHAN<br>PO BOX 1715<br>BIRMINGHAM AL 35201-1715 |
| ONEMAIN FINANCIAL GROUP  LLC<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | PARNELL  PARNELL<br>PO BOX 2189<br>MONTGOMERY  AL 36102-2189 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| ~~EXCLUDE~~ | | |
| ~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | REGINALD LAMBERT<br>7149 WALTHALL ST<br>BAY SAINT LOUIS  MS 39520-7916 | ROBERT ALAN BYRD  ESQ<br>FOR KEESLER FEDERAL CREDIT UNION<br>PO BOX 1939<br>BILOXI  MS 39533-1939 |

```
SBA                               SBA                               SOUTH MS COLLECTION SV
14925 KINGSPORT RD                CO US ATTORNEYS OFFI              PO BOX 6085
FORT WORTH   TX 76155-2243        501 E COURT ST                    GULFPORT  MS 39506-6085
                                  STE 4430
                                  JACKSON  MS 39201-5025



SPRINGLF FIN                      SYNCHRONY BANK                    T MOBILETMOBILE USA INC
PO BOX 1010                       ATTN BANKRUPTCY                   BY AIS INFOSOURCE  LP AS AGENT
EVANSVILLE  IN 47706-1010         PO BOX 965060                     4515 N SANTA FE AVE
                                  ORLANDO  FL 32896-5060            OKLAHOMA CITY  OK 73118-7901




                                                                    EXCLUDE

US SMALL BUSINESS ADMINISTRATION  US ATTORNEY GENERAL               UNITED STATES TRUSTEE
2 NORTH 20TH STREET  SUITE 320    US DEPT OF JUSTICE                501 EAST COURT STREET
BIRMINGHAM  AL 35203-4002         950 PENNSYLVANIA AVENW            SUITE 6-430
                                  WASHINGTON  DC 20530-0001         JACKSON  MS 39201-5022




DEBTOR                                                              EXCLUDE

COURTNEY LAMBERT ROSLER           CURTIS DANIEL ROSLER              THOMAS CARL ROLLINS JR
300 ALEXANDER RD                  300 ALEXANDER RD                  THE ROLLINS LAW FIRM  PLLC
LONG BEACH  MS 39560-4404         LONG BEACH  MS 39560-4404         PO BOX 13767
                                                                    JACKSON  MS 39236-3767



EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749
```