# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51917   **Case Name:** Courtney Lambert Rosler and Curtis Daniel Rosler

**Set:** 03/12/2026 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)