

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 30, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Courtney Lambert Rosler                     Case No. 25-51917-KMS
         Curtis Daniel Rosler, Debtors                          CHAPTER 13

### ORDER ON MOTION TO DISBURSE

THIS CAUSE having come on this date on the Debtors' Motion to Disburse (DK #  21), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Disburse is granted.  This Order binds those creditors and parties in interest that have been properly served. Co-Debtor Curtis Daniel Rosler shall turn over the full amount of the garnishment to the Chapter 13 Trustee. Trustee shall disburse all remaining funds, after deduction of any applicable fees, with fifty percent (50%) paid to the Debtors and fifty percent (50%) applied to the Debtors' bankruptcy case. Trustee is authorized to disburse the funds received to timely filed and allowed general unsecured claims subject to administrative expenses. Debtors must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR