United States Bankruptcy Court
Southern District of Mississippi

In re:

Courtney Lambert Rosler

Curtis Daniel Rosler

    Debtors

Case No. 25-51917-KMS

Chapter 13

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Mar 30, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Courtney Lambert Rosler, Curtis Daniel Rosler, 300 Alexander Rd, Long Beach, MS 39560-4404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Courtney Lambert Rosler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Curtis Daniel Rosler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6                      User: mssbad                                    Page 2 of 2
Date Rcvd: Mar 30, 2026                   Form ID: pdf012                                 Total Noticed: 1

Warren A. Cuntz T1, Jr.
                        wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 5

_____

SO ORDERED,



Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 30, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Courtney Lambert Rosler                    Case No. 25-51917-KMS
          Curtis Daniel Rosler, Debtors                          CHAPTER 13

### ORDER ON MOTION TO DISBURSE

THIS CAUSE having come on this date on the Debtors' Motion to Disburse (DK #  21), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Disburse is granted.  This Order binds those creditors and parties in interest that have been properly served. Co-Debtor Curtis Daniel Rosler shall turn over the full amount of the garnishment to the Chapter 13 Trustee. Trustee shall disburse all remaining funds, after deduction of any applicable fees, with fifty percent (50%) paid to the Debtors and fifty percent (50%) applied to the Debtors' bankruptcy case. Trustee is authorized to disburse the funds received to timely filed and allowed general unsecured claims subject to administrative expenses. Debtors must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR