United States Bankruptcy Court

Southern District of Mississippi

In re:

Courtney Lambert Rosler

Curtis Daniel Rosler

Debtors

Case No. 25-51917-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6

Date Rcvd: Apr 13, 2026

User: mssbad

Form ID: n031

Page 1 of 3

Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Courtney Lambert Rosler, Curtis Daniel Rosler, 300 Alexander Rd, Long Beach, MS 39560-4404 |
| 5604596 | + | Animal Medical Center, 3422 Hardy St, Hattiesburg, MS 39402-1501 |
| 5604598 | + | Coastal ENT, P.O. Box 7237, Gulfport, MS 39506-7237 |
| 5604604 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5604605 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5604611 | + | Reginald Lambert, 7149 Walthall St, Bay Saint Louis, MS 39520-7916 |
| 5604614 | + | South MS Collection Sv, P.O. Box 6085, Gulfport, MS 39506-6085 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Apr 13 2026 19:36:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5610816 | | Email/PDF: bncnotices@becket-lee.com | Apr 13 2026 19:40:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5604595 | + | Email/PDF: bncnotices@becket-lee.com | Apr 13 2026 19:40:33 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5604597 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 13 2026 19:35:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5604599 | | Email/Text: mrdiscen@discover.com | Apr 13 2026 19:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5622200 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 13 2026 19:36:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5604601 | + | Email/Text: ebone.woods@usdoj.gov | Apr 13 2026 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5604600 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 13 2026 19:36:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5621701 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2026 19:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5604602 | + | Email/Text: melissa.martin@kfcu.org | Apr 13 2026 19:36:00 | Keesler FCU, Po Box 7001, Biloxi, MS 39534-7001 |
| 5604603 | + | Email/Text: melissa.martin@kfcu.org | Apr 13 2026 19:36:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5607171 | + | Email/Text: melissa.martin@kfcu.org | Apr 13 2026 19:36:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5619772 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2026 19:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

District/off: 0538-6 | User: mssbad | Page 2 of 3
--- | --- | ---
Date Rcvd: Apr 13, 2026 | Form ID: n031 | Total Noticed: 34

| 5604606 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Apr 13 2026 19:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5604607 | Email/Text: bankruptcy@nathan-nathan.com | | |
| | | Apr 13 2026 19:36:00 | Nathan & Nathan PC, P.O. Box 1715, Birmingham, AL 35201 |
| 5613624 | Email/PDF: cbp@omf.com | | |
| | | Apr 13 2026 19:40:39 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5604610 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 13 2026 19:40:39 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5604609 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 13 2026 19:40:36 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Bvd, Norfolk, VA 23502 |
| 5604608 | + Email/Text: bkrp@parnellsoutheast.com | | |
| | | Apr 13 2026 19:36:00 | Parnell & Parnell, P.O. Box 2189, Montgomery, AL 36102-2189 |
| 5607442 | + Email/Text: wrs@byrdwiser.com | | |
| | | Apr 13 2026 19:36:00 | Robert Alan Byrd, Esq., For Keesler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5604612 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Apr 13 2026 19:36:00 | SBA, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 5604613 | + Email/Text: ebone.woods@usdoj.gov | | |
| | | Apr 13 2026 19:36:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5604615 | + Email/PDF: cbp@omf.com | | |
| | | Apr 13 2026 19:40:34 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5604616 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 13 2026 19:40:33 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5609498 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Apr 13 2026 19:40:33 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5620239 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Apr 13 2026 19:36:00 | U.S. Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 5604617 | ^ MEBN | | |
| | | Apr 13 2026 19:32:04 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026          Signature:          /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: n031 | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Courtney Lambert Rosler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Curtis Daniel Rosler trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  25−51917−KMS
**Chapter:**  13

**In re:**

Courtney Lambert Rosler
300 Alexander Rd
Long Beach, MS 39560

Curtis Daniel Rosler
300 Alexander Rd
Long Beach, MS 39560

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 13, 2026 (Dkt. # 32 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 13, 2026

Danny L. Miller, Clerk of Court